IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael R. Welsh, ) | No. CV-19-04587-PHX-SPL |
| ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) | |
| BNSF Railway Company, ) | |
| ) | |
| Defendant. ) | |

Before the Court is the parties' Stipulated Motion Vacating Rule 16 Case Management Order and Staying Proceedings Pending Alternative Dispute Resolution (Doc. 49). Finding good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 49) is **granted**. This matter is temporarily stayed pending alternative dispute resolution.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report as to the outcome of the alternative dispute resolution no later than **September 18, 2020**. In the event the mediation does not result in termination of this lawsuit, the joint status report shall include proposed case management deadlines.

///

///

///

///

///

**IT IS FURTHER ORDERED** that the stay of this action will be lifted on **September 18, 2020** unless good cause is shown as to why this action should not proceed.

Dated this 12th day of May, 2020.

Honorable Steven P. Logan
United States District Judge