IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael R. Welsh,<br><br>　　　　　Plaintiff,<br>vs.<br><br>BNSF Railway Company,<br><br>　　　　　Defendant. | No. CV-19-04587-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation to Dismiss (Doc. 51) is **granted**;
2. That this action is **dismissed with prejudice** in its entirety;
3. That each party shall bear its own costs and attorneys' fees; and
4. That the Clerk of Court shall terminate this action.

Dated this 26th day of June, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　United States District Judge